AO91 (Rev. 12/03)   Criminal Complaint                                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| vs. | |
| | Case Number: 7:18-po-03748 |

Eliseo VERGARA-Albanil
IAE
Mexico 1997

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 14, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Eliseo VERGARA-Albanil was encountered by Border Patrol Agents near Rio Grande City, Texas on May 14, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on May 14, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Martinez, Adelaido  Border Patrol Agent
Signature of Complainant

Martinez, Adelaido   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2018                                                           at   McAllen, Texas
Date                                                                              City/State

Peter E Ormsby           U.S. Magistrate Judge
Name of Judge           Title of Judge                              Signature of Judge